# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher D. Barclay<br>Carolyn L. Barclay<br>     Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>     Movant<br>vs.  | NO. 17-10423 ELF |
| Christopher D. Barclay<br>Carolyn L. Barclay<br>     Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>     Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this by Movant Toyota Motor Credit Corporation, it is

**ORDERED** that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable)is hereby **MODIFIED**  as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 KIA SORENTO, VIN:5XYKT3A18CG224706  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Order entered by default.**

Date:  4/11/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Christopher D. Barclay
138 West Gate Drive
North Wales, PA 19454-4209

Carolyn L. Barclay
138 West Gate Drive
North Wales, PA 19454-4209

Albert J. Scarafone, Jr.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532