United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10423-elf
Christopher D. Barclay                                                    Chapter 13
Carolyn L. Barclay
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 1              Date Rcvd: Apr 11, 2018
                              Form ID: pdf900      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb          Christopher D. Barclay,   Carolyn L. Barclay,   138 West Gate Drive,
                North Wales, PA  19454-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
          ALBERT J. SCARAFONE, JR.   on behalf of Joint Debtor Carolyn L. Barclay scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          ALBERT J. SCARAFONE, JR.   on behalf of Debtor Christopher D. Barclay scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MARIO J. HANYON   on behalf of Creditor   Wilmington Trust, National Association, As Successor et
           al paeb@fedphe.com
          REGINA   COHEN   on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wilmington Trust, National Association, As
           Successor et al paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher D. Barclay<br>        Carolyn L. Barclay<br><u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation<br><u>Movant</u><br>        vs. | NO. 17-10423 ELF |
| Christopher D. Barclay<br>Carolyn L. Barclay<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><u>Trustee</u> | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this by

Movant Toyota Motor Credit Corporation, it is

**ORDERED** that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if

applicable)is hereby **MODIFIED**  as to Movant to permit said creditor, its successors and/or

assigns to take possession and sell, lease, and otherwise dispose of the 2012 KIA SORENTO,

VIN:5XYKT3A18CG224706  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) has been waived.

**Order entered by default.**

Date:  4/11/18            _____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Christopher D. Barclay
138 West Gate Drive
North Wales, PA 19454-4209

Carolyn L. Barclay
138 West Gate Drive
North Wales, PA 19454-4209

Albert J. Scarafone, Jr.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532