# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CHRISTOPHER D. BARCLAY | : | Chapter 13 |
| | CAROLYN L. BARCLAY, | : | |
| | | : | |
| | Debtors | : | Bky. No. 17-10423 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that the Order granting relief from the automatic stay dated **April 11, 2018** (Doc. # 41) is **VACATED** as entered in error.

Date: **April 16, 2018**

————————————————
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE