**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-10423(ELF) |
| CHRISTOPHER D. BARCLAY and | : | CHAPTER 13 |
| CAROLYN L. BARCLAY | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | APRIL 10, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.**
**RELIEF FROM THE AUTOMATIC STAY**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

On this __16th__ day of __April__, 2018, after notice and hearing it is hereby **ORDERED**:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicles identified as a 2014 Nissan Maxima, VIN: 1N4AA5AP3EC907864 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER **ORDERED** that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order; and

FURTHER **ORDERED**, that Ally Financial Inc. may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicles.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**