United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher D. Barclay  
Carolyn L. Barclay  
    Debtors

Case No. 17-10423-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Apr 16, 2018  
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.  
db/jdb      Christopher D. Barclay,    Carolyn L. Barclay,    138 West Gate Drive,    North Wales, PA    19454-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:

       ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Carolyn L. Barclay scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com  
       ALBERT J. SCARAFONE, JR.    on behalf of Debtor Christopher D. Barclay scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       MARIO J. HANYON    on behalf of Creditor    Wilmington Trust, National Association, As Successor et al paeb@fedphe.com  
       REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Trust, National Association, As Successor et al paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                              TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CHRISTOPHER D. BARCLAY    :     Chapter 13
            CAROLYN L. BARCLAY,          :
                                          :
                 Debtors                     :     Bky. No. 17-10423 ELF

## O R D E R

**AND NOW,** it is hereby **ORDERED** that the Order granting relief from the automatic stay dated **April 11, 2018** (Doc. # 41) is **VACATED** as entered in error.

Date: **April 16, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE