United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10423-elf
Christopher D. Barclay                                                    Chapter 13
Carolyn L. Barclay
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1          Date Rcvd: Apr 16, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db/jdb         Christopher D. Barclay,   Carolyn L. Barclay,   138 West Gate Drive,
                 North Wales, PA 19454-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Carolyn L. Barclay scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Christopher D. Barclay scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   Wilmington Trust, National Association, As Successor et
               al paeb@fedphe.com
              REGINA COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wilmington Trust, National Association, As
               Successor et al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-10423(ELF) |
| CHRISTOPHER D. BARCLAY and | : | CHAPTER 13 |
| CAROLYN L. BARCLAY | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | APRIL 10, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.**
**RELIEF FROM THE AUTOMATIC STAY**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

On this __16th__ day of __April__, 2018, after notice and hearing it is hereby **ORDERED**:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicles identified as a 2014 Nissan Maxima, VIN: 1N4AA5AP3EC907864 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER **ORDERED** that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order; and

FURTHER **ORDERED**, that Ally Financial Inc. may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicles.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**