# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>CHRISTOPHER D. BARCLAY and CAROLYN L. BARCLAY<br><br>Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-17,<br>          Movant<br><br>vs.<br><br>CHRISTOPHER D. BARCLAY and CAROLYN L. BARCLAY,<br>          Debtor, | Case No. 17-10423-elf<br><br>Chapter 13 |

## WITHDRAWAL OF NOTICE OF DEBTOR'S REQUEST FOR MORTGAGE FORBEARANCE

Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-17 ("Movant"), by and through its legal counsel, hereby withdraws its Notice of Debtor's Request for Mortgage Forbearance filed on May 15, 2020, Docket No. 52.  Movant notified of initial opt out on April 27, 2021.


This 12th day of May, 2021.

                                        */s/ Andrew Spivack*
                                        Andrew Spivack
                                        (Bar No. 84439)
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        302 Fellowship Road, Suite 130
                                        Mount Laurel, NJ 08054
                                        Telephone:  844-856-6646 x3017
                                        Facsimile:  704-369-0760
                                        E-Mail:  PABKR@brockandscott.com


20-10718 BKOBJ01

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>CHRISTOPHER D. BARCLAY and CAROLYN L. BARCLAY<br><br>Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-17,<br>        Movant<br><br>vs.<br><br>CHRISTOPHER D. BARCLAY and CAROLYN L. BARCLAY,<br>        Debtor, | Case No. 17-10423-elf<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing WITHDRAWAL OF NOTICE OF DEBTOR'S REQUEST FOR MORTGAGE FORBEARANCE has been electronically served or mailed, postage prepaid on May 12, 2021 to the following:

CHRISTOPHER D. BARCLAY
138 WESTGATE DR
NORTH WALES, PA 19454-4209

CAROLYN L. BARCLAY
138 WESTGATE DR
NORTH WALES, PA 19454-4209

Hill, Friedland & Scarafone
1717 SWEDE RD STE 200
BLUE BELL, PA 19422

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

20-10718 BKOBJ01

United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

20-10718 BKOBJ01