Certificate Number: 14912-PAE-DE-035766192

Bankruptcy Case Number: 17-10423



14912-PAE-DE-035766192

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2021, at 1:29 o'clock PM EDT, Carolyn Barclay completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 17, 2021              By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor