United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10423-elf |
| Christopher D. Barclay | Chapter 13 |
| Carolyn L. Barclay | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 17, 2021 | Form ID: 138NEW | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher D. Barclay, Carolyn L. Barclay, 138 West Gate Drive, North Wales, PA 19454-4209 |
| cr | + | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-4400 |
| 13959587 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 13854292 | + | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 13854291 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 13854295 | | Credit First NA, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 13854300 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 13854302 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 13854303 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14200336 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13866883 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14076609 | + | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13854306 | + | WF Credit Service, PO Box 14517, Des Moines, IA 50306-3517 |
| 14605387 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13915867 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13854304 | + | Wells Fargo Card Service, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 13854305 | | Wells Fargo Home Mortgaage, PO Box 11701, Newark, NJ 07101-4701 |
| 13870660 | #+ | Wilmington Trust NA, etal, Wells Fargo Bank, NA, Default Document Processing, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13854307 | + | Wilmington Trust National Association, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2021 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13858212 | | Email/Text: ally@ebn.phinsolutions.com | Aug 18 2021 00:10:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13854290 | | Email/Text: ally@ebn.phinsolutions.com | Aug 18 2021 00:10:00 | Ally Financial, PO Box 38091, Bloomington, MN 55438 |
| 13854293 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 17-10423-elf    Doc 63    Filed 08/19/21    Entered 08/20/21 00:38:24    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: 138NEW | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 18 2021 00:24:06 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 13854294 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 18 2021 00:24:05 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13959989 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2021 00:10:00 | Department of the Treasury - Internal Revenue Serv, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 13922101 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 00:24:07 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13882137 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 00:24:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13854297 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 00:24:08 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 13854296 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 00:24:07 | Merrick Bank, 10705 South Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 13878922 | | Email/PDF: cbp@onemainfinancial.com | Aug 18 2021 00:24:08 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13854299 | | Email/PDF: cbp@onemainfinancial.com | Aug 18 2021 00:24:08 | OneMain, P.O. Box 742536, Cincinnati, OH 45274-2536 |
| 13924474 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 00:24:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13854301 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 00:24:07 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 13894558 | + | Email/Text: bncmail@w-legal.com | Aug 18 2021 00:10:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| 13854298 | *+ | Merrick Bank, P.O. Box 1500, Draper, UT 84020-1127 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021              Signature:       /s/Joseph Speetjens

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: 138NEW | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Carolyn L. Barclay scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Christopher D. Barclay scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wilmington Trust National Association, As Successor et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Wilmington Trust National Association, As Successor et al paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Wilmington Trust National Association, As Successor et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Wilmington Trust National Association, As Successor et al paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com,bncnotice@ph13trustee.com, |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com,bncnotice@ph13trustee.com, |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Christopher D. Barclay and Carolyn L. Barclay

        Debtor(s)                    Bankruptcy No: 17−10423−elf

                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                For The Court
                                                     Timothy B. McGrath
                                                        Clerk of Court

Dated: 8/17/21

                                                                                      62 − 61
                                                                          Form 138_new